IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHN D. LYONS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:07-0997 |
| | ) | Judge Trauger |
| PSC METALS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the defendant's Motion for Summary Judgment (Docket No. 11) is **GRANTED.** This case is dismissed.

It is so ordered.

Enter this 1st day of October 2008.

_____
ALETA A. TRAUGER
United States District Judge